Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*March 27, 2024*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. 4:24-cr-00159** |
| | § | |
| **v.** | § | |
| | § | |
| **EHSON KHADEMI** | § | **UNDER SEAL** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 6, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**EHSON KHADEMI,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity of five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWO
**(Attempted Possession with Intent to Distribute a Controlled Substance)**

On or about October 18, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**EHSON KHADEMI,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance. This offense involved a quantity of five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT THREE
**(Possession with Intent to Distribute a Controlled Substance)**

On or about November 16, 2023, in the Southern District of Texas and elsewhere withing the jurisdiction of the Court, defendant,

**EHSON KHADEMI,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity of five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOUR
### (Attempted Possession with Intent to Distribute a Controlled Substance)

On or about January 24, 2024, in the Southern District of Texas and elsewhere within the

jurisdiction of the Court, defendant,

**EHSON KHADEMI,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance.

This offense involved a quantity of five kilograms or more of a mixture or substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

HEATHER WINTER
Assistant United States Attorney